**RENE LEIBOWITZ,** Respondent, v. VOX PRODUCTIONS, INC., Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed

shall be fixed in the order. Settle order on notice. Concur—Breitel, J. P., Botein, Cox and Frank, JJ.